No. 93–6849. JOHNSON *v.* SMITH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 93–6850. HUNTLEY *v.* ALLEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6854. CORETHERS *v.* ATLAS BONDING CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6856. LATIMORE *v.* GILBERT. C. A. 6th Cir. Certiorari denied.

No. 93–6858. RUBIN *v.* GOMILLA ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6866. PARKER *v.* SHOPTAUGH. Ct. App. Colo. Certiorari denied.

No. 93–6873. SULLIVAN *v.* BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–6874. WHITE *v.* GREGORY ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6875. SNYDER *v.* FROST ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–6887. STALLINGS *v.* HIGGINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 93–6905. NOEL *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 93–6906. DUBYAK *v.* SMITH ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–6909. KOWALSKI *v.* COMMISSION ON JUDICIAL FITNESS. Sup. Ct. Ore. Certiorari denied.

No. 93–6915. THOMAS *v.* HARGETT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–6916. CESZYK *v.* CUNEO ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6917. DREW *v.* DWINELL ET UX. C. A. 5th Cir. Certiorari denied.